IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TERRY PAUL HEDIN,                          3:14-CV-01504-CL

               Plaintiff,                   ORDER

v.

JUAN D. CASTILLO, Regional
Director; MARION FEATHER,
Warden FCI Sheridan;
RICHARD KOWALCZYK, Head
Chaplain FCI Sheridan;
DANIEL WILLIAMS, Chaplain
FCI Sheridan,

               Defendants.


BROWN, Judge.

     Magistrate Judge Mark D. Clarke issued Findings and

Recommendation (#19) on January 12, 2015, in which he recommends

the Court deny Plaintiff's Motion (#14) for Temporary Restraining

Order and Order to Show Cause for Preliminary Injunction.


1 - ORDER

Plaintiff filed timely Objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

<u>**CONCLUSION**</u>

The Court **ADOPTS** Magistrate Judge Clark's Findings and Recommendation (#19) and, therefore, **DENIES** Plaintiff's Motion (#14) for Temporary Restraining Order and Order to Show Cause for

2 - ORDER

Preliminary Injunction.

IT IS SO ORDERED.

DATED this 26th day of February, 2015.


/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

3 - ORDER