UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

TERRY PAUL HEDIN,

        Plaintiff,        3:14-cv-01504-CL

    v.        ORDER

JUAN D. CASTILLO, et al.,

        Defendants.

CLARKE, Magistrate Judge.

    Plaintiff's "Supplemental Claim" (#51) is construed as a *motion to file* a supplemental claim, and is allowed.

    Defendants' Motion for Summary judgment is denied without prejudice to re-file the motion as to plaintiff's complaint as supplemented by the Religious Freedom Restoration Act claim set forth in plaintiff's Motion (#51).

    DATED this 28 day of May, 2015.

                      Mark D. Clarke
                      United States Magistrate Judge

1 - ORDER