IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TERRY PAUL HEDIN, | 3:14-CV-01504-CL |
|       Plaintiff, | ORDER |
| v. | |
| JUAN D. CASTILLO,<br>Regional Director;<br>MARION FEATHER,<br>Warden FCI Sheridan;<br>RICHARD KOWALCZYK,<br>Head Chaplain FCI Sheridan;<br>and DANIEL WILLIAMS,<br>Chaplain FCI Sheridan, | |
|       Defendants. | |

**BROWN, Judge.**

    Magistrate Judge Mark D. Clarke issued Findings and Recommendation (#63) on September 27, 2016, in which he recommends the Court grant Defendants' Motion (#56) for Summary Judgment and dismiss this matter with prejudice. Plaintiff filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Clarke's Findings and Recommendation (#63). The Court, therefore, **GRANTS** Defendants' Motion (#56) for Summary Judgment and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 23rd day of November, 2016.

                                            s/ Anna J. Brown
                                            ANNA J. BROWN
                                            United States District Judge